SOLOMON H. SHAPIRO, Respondent, v. GEORGE E. SEALY, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The witnesses all reside in the county of Bronx, New York city, the defendant in the city of New York, where the plaintiff is engaged in business, and where the agreement for the sale of the property was made. (*Brady* v. *Hogan*, 117 App. Div. 898; *Turner* v. *Constantine*, 190 id. 958.) No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MARGIE SMITH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order and amended judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

LENA STEIN, Respondent, v. FELIX STEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

NATHAN STEIN and Another, Doing Business as STEIN & SCHILLER, Appellants, v. SAMUEL ZALUD, Doing Business as ZALUD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

WILLIAM SIMPSON, Respondent, v. COASTWISE LUMBER AND SUPPLY COMPANY, INC., and Others, Appellants.— Judgment and order affirmed, with costs. The record presents an issue of fact which was thoroughly presented to the trial court and jury by experienced counsel on both sides; and the main argument of the appellants is that the verdict was contrary to the evidence. While the printed record of plaintiff's grievance may not be very persuasive before an appellate tribunal, the jury who saw and heard the witnesses believed the plaintiff's story as against defendants and their witnesses; and the learned trial justice refused to set aside the verdict as against the evidence. The evidence showed such direct connection between the defendant corporation and the alleged malicious prosecution that we think the charge of the court as to punitive damages was proper. Under the circumstances, we do not see how the appellate court can interfere with the verdict. Kelly, P. J., Jaycox and Manning, JJ., concur; Rich and Kelby, JJ., dissent and vote to reverse, on the ground that the verdict is against the weight of the evidence.

JAMES L. ZAPPAS and Another, Doing Business as ZAPPAS & NICHOLAS, Appellants, v. EDWARD T. HORWILL and Others, as Executors, etc., of CHARLES HUTWELKER, Deceased, Respondents.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiffs have the affirmative upon the issues as to which the examination is desired, and the defendants are not, therefore, entitled to the examination. (*Oshinsky* v. *Gumberg*, 188 App. Div. 23.) The information desired may be obtained by means of a bill of particulars. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JULIA ZIMMERMAN, Respondent, v. PAUL MENDELSOHN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ALEXANDER ROMAN, Appellant, v. JULIANA LOBE, Respondent.— Application granted.